# CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**  |  **Matter to be Sealed**
☐ Secret Indictment
Jackson / Western
☐ Juvenile

**Defendant Information**

Defendant Name: Robert C. Clifton (01)

Alias Name:

Birth Date: 08/07/1975

**Related Case Information**

Superseding Information/Indictment? ☐ Yes  ■ No  If yes, original case number: ____
New Defendant(s)? ■ Yes  ☐ No
Prior Complaint Case Number, if any: 26-MJ-00017-01/04-JAM (WBG)
Prior Target Letter Case Number, if any:

**U.S. Attorney Information**

(S)AUSA  Ragner, Ashleigh A.

**Interpreter Needed?**

☐ Yes  Language and/or Dialect:
■ No

**Location Status**

Arrest Date: 2/20/2026
■ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

**Writ Required?** ☐ Yes  ■ No
**Warrant Required?** ☐ Yes  ■ No

**U.S.C. Citations**

Total # of Counts: 6

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 21:846=CD.F Conspiracy to Distribute Fentanyl and Cocaine | 1 |
| 2 | 21:841C=CD.F Distribution of Cocaine | 15, 17, 19 |
| 3 | 21:841B=CD.F Distribution of Fentanyl | 16 |
| 4 | 18:924C.F Possession of Firearms in Furtherance of Drug Trafficking Crime | 18 |

(May be continued on reverse)

revised: 05/21/2025

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 5 | 21:853.F Criminal Forfeiture | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |