# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**

Jackson / Western

**Matter to be Sealed**
☐ Secret Indictment
☐ Juvenile

**Defendant Information**

Defendant Name: Hector M. Frias, Jr. (04)

Alias Name:

Birth Date: 05/26/1993

**Related Case Information**

Superseding Information/Indictment? ☐ Yes ☒ No   If yes, original case number:
New Defendant(s)? ☒ Yes ☐ No
Prior Complaint Case Number, if any: 26-MJ-00017-01/04-JAM (WBG)
Prior Target Letter Case Number, if any:

**U.S. Attorney Information**

(S)AUSA Ragner, Ashleigh A.

**Interpreter Needed?**

☐ Yes   Language and/or Dialect:
☒ No

**Location Status**

Arrest Date: 2/20/2026
☒ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

**Writ Required?** ☐ Yes ☒ No
**Warrant Required?** ☐ Yes ☒ No

**U.S.C. Citations**

Total # of Counts: 3

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 21:846=CD.F Conspiracy to Distribute Fentanyl and Cocaine | 1 |
| 2 | 21:841C=CD.F Distribution of Cocaine | 15 |
| 3 | 21:841B=CD.F Distribution of Fentanyl | 16 |
| 4 | 21:853.F Criminal Forfeiture | |

(May be continued on reverse)

revised: 05/21/2025